EL PUEBLO, DEMANDANTE Y APELADO, *v.* CAMUÑAS, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama
en causa por infracción a la ley sobre leche adulterada.

No. 1380.—Resuelto en abril 11, 1919.

LECHE ADULTERADA—ACUSACIÓN INSUFICIENTE.—En la actualidad constituyen delito público en Puerto Rico el adulterar o diluir leche con la intención de ofrecerla a la venta, el causar o permitir que tal leche se ofrezca en venta, o el venderla, u ofrecerla, o tenerla en venta, pero no es constitutivo de delito el tenerla con la intención no traducida aún en hecho alguno de venderla como pura.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. F. Cervoni Gely* y *C. Domínguez Rubio.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La acusación formulada por el fiscal en esta causa, copiada en lo pertinente, dice así:

"Que el citado Lorenzo Camuñas allá el día 19 de febrero de 1918, en Guayama, P. R., que forma parte del distrito judicial del mismo nombre, ilegal, voluntaria y maliciosamente, tenía con intención de ofrecerla en venta como pura, leche de vaca adulterada con· agua, y la cual no se destinaba a fines industriales."

En la misma acusación se expresa que se formula basada en la ley proveyendo lo necesario para castigar la adulteración de leche, ofrecerla o tenerla para la venta, aprobada el 10 de marzo de 1910. Según dicha ley, el delito puede cometerse por toda persona—

1. Que adultere o diluya leche con intención de ofrecerla a la venta; o

2. Que cause o permita que se ofrezca en venta; o

3. Que venda; o

4. Que ofrezca; o

5. Que tenga en venta leche adulterada o diluída.

Comparada la acusación con la ley se observa que el hecho

que se imputa en ella al acusado, o sea el de tener leche adulterada con intención de ofrecerla en venta como pura, no está previsto ni castigado en la ley.

Y esta circunstancia resulta mucho más clara si se analiza la prueba, pues si bien ésta demuestra que el acusado tenía un depósito de leche en Cayey, es lo cierto que la leche se le ocupó al salir de Guayama, cuando si bien la conducía para su depósito, es lo cierto que no la ofrecía, ni tenía actualmente en venta.

Debe revocarse la sentencia recurrida y absolverse al acusado.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.